CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

Bradley Marie Matteoni
MATTEONI, SAXE & O'LAUGHLIN
848 The Alameda
San Jose, CA 95126
Telephone: (408)293-4300
Facsimile: (408)293-4004
Attorneys for Defendant
Lack Properties

Christopher J. Olson, Esq. (192689)
SWEENEY, MASON, WILSON &
BOSOMWORTH
A Professional Law Corporation
983 University Avenue, Suite 104C
Los Gatos, CA 95032-7637
Tel: (408) 356-3000
Fax: (408) 354-8839
Attorneys for Defendant
Slaughterbeck Floors Inc.

**APPROVED**
Judge Edward J. Davila
12/3/2018

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　Plaintiff,<br><br>　v.<br><br>LACK PROPERTIES, a California General Partnership; SLAUGHTERBECK FLOORS INC., a California Corporation; and Does 1-10,<br><br>　　Defendants. | Case: 5:18-CV-04073-EJD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

# STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 30, 2018   CENTER FOR DISABILITY ACCESS

By:   /s/ Phyl Grace
      Phyl Grace
      Attorneys for Plaintiff

Dated: November 30, 2018   MATTEONI, SAXE & O'LAUGHLIN

By:   /s/ Bradley Marie Matteoni
      Bradley Marie Matteoni
      Attorney for Defendant
      Lack Properties

Dated: November 30, 2018   SWEENEY, MASON, WILSON & BOSOMWORTH

By:   /s/ Christopher J. Olson
      Christopher J. Olson, Esq.
      Attorney for Defendant
      Slaughterbeck Floors Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Bradley Marie Matteoni and Christopher J. Olson, counsel for Lack Properties and Slaughterbeck Floors Inc., respectively, and that I have obtained Mr. Matteoni's and Mr. Olson's authorization to affix their electronic signature to this document.

Dated: November 30, 2018    CENTER FOR DISABILITY ACCESS

By:  /s/ Phyl Grace
      Phyl Grace
      Attorneys for Plaintiff